

500 E. 4TH STREET, SUITE 250
FORT WORTH, TEXAS 76102

May 14, 2018

Hon. Judge Kennelly                                  *via e-filing*
US Courthouse
210 South Dearborn Street
Chicago, IL  60604

    Re:    Case No. 1:17-CV-08544-MFK; *Mark Adams, et al vs. BRG Sports, Inc., et al*
            United States District Court for the Northern District of Illinois, Eastern Division

Dear Judge Kennelly:

At the request of Riddell's counsel, Plaintiffs are filing for record purposes a draft of their proposed Short Form Complaint ("SFC").  Plaintiffs enclose both an exemplar SFC with a sample Plaintiff, and a clean and redline version of the SFC, based on the form initially provided to Defendants on May 7, 2018 in accordance with the Court's instructions.

The Parties have conferred and Plaintiffs have attempted to address many of Defendants' raised concerns.  The redline SFC reflects the changes made by Plaintiffs based on conference with Defendants.

Plaintiffs understand Defendants may still be filing an objection.

Sincerely,

/s/ *Vincent Circelli*

Vincent P. Circelli
Circelli, Walter & Young, PLLC
vinny@cwylaw.com

Enclosures

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| [Plaintiff], et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>BRG SPORTS, INC, et al.<br><br>    Defendants. | CASE NO: [Case No] |

**MASTER SHORT-FORM COMPLAINT
FOR INDIVIDUAL CLAIMS – PLAINTIFF [PLAINTIFF]**

1. Plaintiff is filing this Short Form Complaint against Riddell Defendants as required by this Court's Order ECF No. 87, filed April 23, 2018.

2. Plaintiff incorporates by reference the allegations contained in paragraphs [ ] of the Master Long-Form Complaint Against Riddell Defendants, as is fully set forth at length in this Short Form Complaint.

3. Plaintiff [Plaintiff] is a resident and citizen of [state] and claims damages as set forth below.

4. Plaintiff sustained [describe injuries/impacts]. Plaintiff suffers from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff sustained [describe playing career]. Plaintiff's symptoms arise from [describe injuries and whether latent].

5. Plaintiff played football throughout [describe timeframe]. Plaintiff suffered [specific number of known concussions/sub-concussive hits]. [If Plaintiff recalls specific concussions, describe symptoms here]. Since Plaintiff's football playing career ended, he has experienced the following symptoms:

[Plaintiff's conditions and symptoms].

6. Plaintiffs claim damages as a result of [check all that apply]:

____ Injury to Himself

____ Economic Loss

7. The Plaintiff wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years Plaintiff played in [high school or college]. [If known, insert specific model(s) of Riddell helmet, years worn, etc].

8. Plaintiff played in [high school/college] during the following period of time: [insert dates] for the following team(s): [insert schools].

9. Plaintiff stopped playing football after [date].

## CAUSES OF ACTION

10. Plaintiffs herein adopt by reference the following Counts of the Master Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts, excluding the general incorporation paragraphs [check all that apply]:

____ Count I (Negligence)

____ Count II (Design Defect)

____ Count III (Failure to Warn)

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

a. Monetary Judgment against Defendants for a sum within the jurisdictional limits of this Court for all actual damages, both past and future, as indicated above;

b. Prejudgment interest as provided by law;

c. Post-judgment interest as provided by law;

d. Costs of suit; and

e. Such other and further relief, at law and in equity, to which they may show himself to be justly entitled.

## JURY TRIAL DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff hereby demand a trial by jury on all issues so triable.


DATED: May ___, 2018                /s/_____
                                    GEORGE PARKER YOUNG
                                    gpy@cwylaw.com
                                    VINCENT P. CIRCELLI
                                    vinny@cwylaw.com
                                    KELLI WALTER
                                    kelli@cwylaw.com
                                    CIRCELLI WALTER & YOUNG, PLLC
                                    500 E. 4th Street, Suite 250
                                    Fort Worth, TX 76102
                                    Tel: (817) 697-4942

                                    *Admitted Pro Hac Vice*

                                    *Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on May ___, 2018 this Short Form Complaint was filed with the Clerk of the Court using CM/ECF, and that all counsel of record are being served in accordance with the Federal Rules of Civil Procedure.

/s/
VINCENT P. CIRCELLI

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| [Plaintiff], et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>BRG SPORTS, INC, et al.<br><br>    Defendants. | CASE NO: [Case No] |

**MASTER SHORT-FORM COMPLAINT**
**FOR INDIVIDUAL CLAIMS – PLAINTIFF [PLAINTIFF]**

~~1.    Plaintiff [Plaintiff] brings this civil action as a related action in the matter entitled [Plaintiff], et al. v. BRG Sports, Inc., et al.~~

~~2.~~1.    Plaintiff is filing this Short Form Complaint against Riddell Defendants as required by this Court's Order ECF No. 87, filed April 23, 2018.

~~3.~~2.    Plaintiff incorporates by reference the allegations contained in paragraphs [ ] of the Master Long-Form Complaint Against Riddell Defendants, as is fully set forth at length in this Short Form Complaint.

~~4.~~3.    Plaintiff [Plaintiff] is a resident and citizen of [state] and claims damages as set forth below.

~~5.~~4.    Plaintiff sustained [describe injuries/impacts]. Plaintiff suffers from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff sustained [describe playing career]. Plaintiff's symptoms arise from [describe injuries and whether latent].

~~6.~~5.    Plaintiff played football throughout [describe timeframe]. Plaintiff suffered [specific number of known concussions/sub-concussive hits]. [If Plaintiff recalls specific

concussions, describe symptoms here]. Since Plaintiff's football playing career ended, he has experienced the following symptoms:

[Plaintiff's conditions and symptoms].

7.6. Plaintiffs claim damages as a result of [check all that apply]:

    ____ Injury to Himself

    ~~____ Injury to the Person Represented~~

    ~~____ Wrongful Death~~

    ~~____ Survivorship Action~~

    ____ Economic Loss

    ~~____ Loss of Services~~

8.7. The Plaintiff wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years Plaintiff played in [high school or college]. [If known, insert specific model(s) of Riddell helmet, years worn, etc].

9.8. Plaintiff played in [high school/college] during the following period of time: [insert dates] for the following team(s): [insert schools].

10.9. Plaintiff stopped playing football after [date].

## CAUSES OF ACTION

11.10. Plaintiffs herein adopt by reference the following Counts of the Master Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts, excluding the general incorporation paragraphs [check all that apply]:

    ____ Count I (Negligence)

    ____ Count II (Design Defect)

    ____ Count III (Failure to Warn)

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

a. Monetary Judgment against Defendants for a sum within the jurisdictional limits of this Court for all actual damages, both past and future, as indicated above;

b. Prejudgment interest as provided by law;

c. Post-judgment interest as provided by law;

d. ~~Attorney's fees;~~

e. Costs of suit; and

f. Such other and further relief, at law and in equity, to which they may show himself to be justly entitled.

~~A. An award of compensatory damages, the amount of which will be determined at trial;~~

~~B. An award of economic damages in the form of medical expenses, out of pocket expenses, lost earnings and other economic damages in an amount to be determined at trial;~~

~~C. For punitive and exemplary damages as applicable;~~

~~D. For all applicable statutory damages of the state whose laws will govern this action;~~

~~E. For loss of consortium as applicable;~~

~~F. For declaratory relief as applicable;~~

~~G. For an award of attorneys' fees and costs;~~

~~H. An award of prejudgment interest and costs of suit; and~~

~~I. An award of such other and further relief as the Court deems just and proper.~~

## JURY TRIAL DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff hereby demand a trial by jury on all issues so triable.

DATED: May ___, 2018                              /s/_____

**MASTER SHORT-FORM COMPLAINT**
**FOR INDIVIDUAL CLAIMS**                                                                 Page 3

        GEORGE PARKER YOUNG
        gpy@cwylaw.com
        VINCENT P. CIRCELLI
        vinny@cwylaw.com
        KELLI WALTER
        kelli@cwylaw.com
        CIRCELLI WALTER & YOUNG, PLLC
        500 E. 4th Street, Suite 250
        Fort Worth, TX 76102
        Tel: (817) 697-4942

        *Admitted Pro Hac Vice*

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on May ___, 2018 this Short Form Complaint was filed with the Clerk of the Court using CM/ECF, and that all counsel of record are being served in accordance with the Federal Rules of Civil Procedure.

        /s/ _____
        VINCENT P. CIRCELLI

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK ADAMS, et al.<br><br>　　Plaintiffs,<br><br>vs.<br><br>BRG SPORTS, INC, et al.<br><br>　　Defendants. | CASE NO: 1:17-CV-08544-MFK |

**MASTER SHORT-FORM COMPLAINT
FOR INDIVIDUAL CLAIMS – PLAINTIFF JAMAAL JOHNSON**

1.　Plaintiff Jamaal Johnson brings this civil action as a related action in the matter entitled *Mark Adams, et al. v. BRG Sports, Inc., et al.*

2.　Plaintiff is filing this Short Form Complaint against Riddell Defendants as required by this Court's Order ECF No. 87, filed April 23, 2018.

3.　Plaintiff incorporates by reference the allegations contained in paragraphs [ ] of the Master Long-Form Complaint Against Riddell Defendants, as is fully set forth at length in this Short Form Complaint.

4.　Plaintiff Jamaal Johnson is a resident and citizen of Texas and claims damages as set forth below.

5.　Plaintiff sustained repetitive, traumatic sub-concussive and concussive head impacts during high school and college games and practices. Plaintiff suffers from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff sustained during high school and college games and/or practices. Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

6. Plaintiff played football throughout high school and into college. Plaintiff suffered at least two (2) concussions in high school and one (1) in college. Plaintiff specifically recalls a serious concussion in college, during a scrimmage game while wearing a Riddell Helmet. Plaintiff was playing running back and received a hard, though routine tackle. Plaintiff went to a neurologist. During the concussion, Plaintiff experienced the following symptoms: dizziness, double vision, headache, sensitivity to bright lights or loud noise, unusual confusion, loss of awareness of situation, balance difficulty, unusual fatigue, concentration difficulty, memory difficulty, seeing stars. Since Plaintiff's football playing career ended, he has experienced the following symptoms: memory loss, reduced capability to plan, unusual aggression, limited ability to concentrate, impaired judgement, impulsiveness, depression. Plaintiff suffered several other

7. Plaintiffs claim damages as a result of [check all that apply]:

    _X_ Injury to Himself

    ____ Injury to the Person Represented

    ____ Wrongful Death

    ____ Survivorship Action

    _X_ Economic Loss

    _X_ Loss of Services

8. The Plaintiff wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years Plaintiff played in high school and the National Collegiate Athletic Association ("NCAA"). On information and belief, Plaintiff wore a Riddell Revolution helmet when he suffered one or more of his concussions and sub-concussive blows to the head, though may have also worn additional Riddell model helmets [Please note – specific model(s) not available for all Plaintiffs].

9. Plaintiff played in high school and the NCAA during the following period of time 2005-2008 for the following team(s): St. Stephen's Episcopal School, Austin, Texas and Williams College, Williamstown, Massachusetts.

10. Plaintiff stopped playing football after the 2008 season.

## CAUSES OF ACTION

11. Plaintiffs herein adopt by reference the following Counts of the Master Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

  _X_ Count I (Negligence)

  _X_ Count II (Design Defect)

  _X_ Count III (Failure to Warn)

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff and Plaintiff's Spouse pray for judgment as follows:

A. An award of compensatory damages, the amount of which will be determined at trial;

B. An award of economic damages in the form of medical expenses, out of pocket expenses, lost earnings and other economic damages in an amount to be determined at trial;

C. For punitive and exemplary damages as applicable;

D. For all applicable statutory damages of the state whose laws will govern this action;

E. For loss of consortium as applicable;

F. For declaratory relief as applicable;

G. For an award of attorneys' fees and costs;

H. An award of prejudgment interest and costs of suit; and

I. An award of such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs hereby demand a trial by jury on all issues so triable.

DATED: May ___, 2018

/s/_____
GEORGE PARKER YOUNG
gpy@cwylaw.com
VINCENT P. CIRCELLI
vinny@cwylaw.com
KELLI WALTER
kelli@cwylaw.com
CIRCELLI WALTER & YOUNG, PLLC
500 E. 4th Street, Suite 250
Fort Worth, TX 76102
Tel: (817) 697-4942

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May ___, 2018 this Short Form Complaint was filed with the Clerk of the Court using CM/ECF, and that all counsel of record are being served in accordance with the Federal Rules of Civil Procedure.

/s/_____
VINCENT P. CIRCELLI