**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARK ADAMS, et al. *Plaintiffs*, vs. BRG SPORTS, INC., et al. *Defendants*. | Case No. 1:17-CV-08544-MFK |
| FREDDIE ADAMS, et al. *Plaintiffs*, vs. BRG SPORTS, INC., et al. *Defendants*. | Case No. 1:17-CV-08972-MFK |
| QUINCY BAKER, et al. *Plaintiffs*, vs. BRG SPORTS, INC., et al. *Defendants*. | Case No. 1:18-CV-00129-MFK |
| JEFFREY JONES, et al. *Plaintiffs*, vs. BRG SPORTS, INC., *Defendant*. | Case No. 1:18-CV-07250-MFK |

**CASE MANAGEMENT ORDER NO. 4 (modifying pretrial schedule)**

The Court hereby issues the following Case Management Order No. 4, which modifies the schedule previously set by the Court in Case Management Order No. 3, to govern pre-trial proceedings in the following cases: *Mark Adams, et al. v. BRG Sports, Inc., et al.* (Case No. 1:17-cv-08544); *Freddie Adams, et al. v. BRG Sports, Inc., et al.* (Case No. 1:17-cv-08972); *Quincy Baker, et al. v. BRG Sports, Inc., et al.* (Case No. 1:18-cv-00129), and *Jeffrey Jones, et al. v. BRG Sports, Inc.* (Case No. 1:18-cv-07250).

**I.    PRE-TRIAL SCHEDULE**

Given the Parties' agreements and stipulations regarding discovery and trial schedule, the Court modifies that following deadlines previously set in Case Management Order No. 3. *Mark Adams*, No. 1:17-cv-08544, dkt. 276.  <u>As stated during the telephone status hearing held on 12/16/2019, these are the final extensions of these dates.</u>  All other deadlines in Case Management Orders No 1, 2, and 3 otherwise remain the same:

Bellwether Cases Only:

- Deadline for Rule 26(a)(2) disclosures by Party with burden
  of proof on the issue of general causation:            March 9, 2020

- Deadline for Rule 26(a)(2) rebuttal disclosures (*i.e.*, for Party
  that does not have burden of proof) on the issue of general causation:  April 8, 2020

- Deadline for Defendants to request IMEs of Plaintiffs:            May 1, 2020

- Deadline for completing all fact discovery, including medical
  fact discovery:            May 18, 2020

- Deadline for deposing general causation experts:            May 22, 2020

- Deadline for Rule 26(a)(2) disclosures by Party with burden of
  proof on issues other than general causation
  (*i.e.*, case-specific experts):            June 23, 2020

1

- Deadline for Rule 26(a)(2) rebuttal disclosures on issues other than general causation (*i.e.*, case-specific experts):     July 27, 2020
- Deadline for completing case-specific (non-general causation) expert depositions:     September 8, 2020

- Deadline for filing dispositive and *Daubert* motions:     October 9, 2020

Date: 1/20/2020

_____
MATTHEW F. KENNELLY
United States District Judge

Agreed as to Form and Entry:

*/s/ Vincent P. Circelli*
George Parker Young
gpy@cwylaw.com
Vincent P. Circelli
vinny@cwylaw.com
Kelli Walter
kelli@cwylaw.com
CIRCELLI WALTER & YOUNG, PLLC
500 E. 4th Street, Suite 250
Fort Worth, Texas 76102
Tel: (817) 697-4942
*Admitted Pro Hac Vice*

Jay Edelson
jedelson@edelson.com
Benjamin H. Richman
brichman@edelson.com
Daniel J. Schneider
dschneider@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC

123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: (415) 212-9300

_/s/ David J. Duke_
David J. Duke
david.duke@bowmanandbrooke.com
Damon Brinson
damon.brinson@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
2901 Via Fortuna, Suite 500
Austin, Texas 78746
Telephone: 512.874.3800
Facsimile: 512.874.3801
*Admitted Pro Hac Vice*

Paul G. Cereghini
paul.cereghini@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
2901 N. Central Avenue, Suite 1600
Phoenix, AZ 85012
Telephone: 602.643.2300
Facsimile: 602.248.0947
*Admitted Pro Hac Vice*

Robert L. Wise
rob.wise@bowmanandbrooke.com
Eden M. Darrell
eden.darrell@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
901 East Byrd Street, Suite 1650
Richmond, VA 23219
Telephone: 804.649.8200
Facsimile: 804.649.1762
*Admitted Pro Hac Vice*

**Counsel for Defendants**