UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Mark Adams, et al.
                      Plaintiff,

v.                                               Case No.: 1:17–cv–08544
                                                     Honorable Charles R. Norgle Sr.

BRG Sports, Inc., et al.
                      Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Saturday, January 25, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' unopposed motion for substitution of Christopher Moser, Chapter 7 Trustee, for plaintiff Jeffrey Wodka [284] is granted. (mk)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.