# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Cory Brandon, et al.

                    Plaintiff,

v.

BRG Sports, Inc., et al.

                    Defendant.

Case No.: 1:17–cv–08544
Honorable Charles R. Norgle Sr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 2, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: The telephone status hearing set for 12/15/2020 is vacated and advanced to 12/7/2020 at 9:45 AM. The parties should be prepared to address the setting of a schedule on defendants' recently filed motions to strike and motion for summary judgment. The following call–in number will be used for the hearing: 888–684–8852 conference code 746–1053. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.